UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: AVITIA, ESTEBAN                              §     Case No. 09-73579
      AVITIA, MARIA                              §
                                                 §
    Debtor(s)                                          §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
STEPHEN G. BALSLEY_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

    The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
      211 South Court Street
      Room 110
      Rockford, IL  61101

    Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30AM on 07/07/2010 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.


Date Mailed: _/ /_____        By:  _/s/STEPHEN G. BALSLEY_____
                                                      Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108


**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: jshores           Page 1 of 2          Date Rcvd: Jun 07, 2010
Case: 09-73579                Form ID: pdf006          Total Noticed: 52
```

The following entities were noticed by first class mail on Jun 09, 2010.
```
db/jdb      +Esteban Avitia,   Maria Avitia,   1705 South Trainer Road,   Rockford, IL 61108-6822
aty         +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
             Rockford, IL 61108-2582
tr          +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
             Rockford, IL 61108-2579
14356580     AES Student Loan Servicing Center,   PO Box 2461,   Harrisburg, PA 17105-2461
14356584    +AT&T,   Bankruptcy Department,   6021 S. Rio Grande Avenue,   Orlando, FL 32809-4613
14356581    +Alliance One,   P.O. Box 211128,   Saint Paul, MN 55121-2528
14356582    +Allied Interstate,   3000 Corporate Exchange Drive,   5th Floor,   Columbus, OH 43231-7723
14356583    +Arrow Financial,   8589 Aero Drive,   San Diego, CA 92123-1722
14356585     Bank of America,   PO Box 15726,   Wilmington, DE 19886-5726
14356586     Bank of America,   PO Box 53101,   Phoenix, AZ 85072-3101
14356589    +CCA,   700 Longwater Drive,   Norwell, MA 02061-1624
14356587     Capital One Bank,   PO Box 85167,   Richmond, VA 23285-5167
14356588    +Capital One Bank USA NA,   P.O. Box 30281,   Salt Lake City, UT 84130-0281
14356592     Chase,   PO Box 15298,   Wilmington, DE 19850-5298
14356591     Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
14356590    +Chase,   P.O. Box 9001020,   Louisville, KY 40290-1020
14629455     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14356593    +Chase Home Finance LLC,   3415 Vision Drive,   Columbus, OH 43219-6009
14356594    +Citi Cards,   PO Box 45164,   Jacksonville, FL 32232-5164
14356595     CitiBank UCS,   8787 Baypine Road,   Jacksonville, FL 32256-8528
14356597     Creditors Interchange,   PO Box 2270,   Buffalo, NY 14240-2270
14356599    +ER Solutions, Inc.,   800 SW 39th Street,   Renton, WA 98057-4975
14356598    +Encore Receivable Management,   PO Box 3330,   Olathe, KS 66063-3330
14356600     Express,   P.O. Box 659728,   San Antonio, TX 78265-9728
14356602     HSBC,   PO Box 5253,   Carol Stream, IL 60197-5253
14356603    +HSBC Bank,   PO Box 5253,   Carol Stream, IL 60197-5253
14356605    +Jose Santiago,   c/o Attorney Peter A. Zneimer,   2400 N. Western, Suite 203,
             Chicago, IL 60647-2044
14356606     Limited Express,   PO Box 330066,   Denver, CO 80233-8066
14356608    +NCO,   507 Prudential Road,   Horsham, PA 19044-2368
14356607     National Collegiate Trust,   American Education Services,   Harrisburg, PA 17130-0001
14597670    +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
             PO Box 19008,   Greenville, SC 29602-9008
14356610     Redline Recovery Services, LLC,   2350 Norht Forest Road - Suite 31B,   Getzville, NY 14068-1296
14356611    +Rosangela C. Lavagnolli DDS,   4307 N. Central Avenue,   Chicago, IL 60634-1815
14925614    +Sallie Mae,   c/o Sallie Mae Inc.,   220 Lasley Ave.,   Wilkes-Barre PA 18706-1496
14356612     Sallie Mae,   P.O. Box 9500,   Wilkes Barre, PA 18773-9500
14356614     Sears Credit Cards,   PO Box 183082,   Columbus, OH 43218-3082
14356615    +State Farm Bank,   Attn: BCC-DTB5,   112 E. Washington Street,   Bloomington, IL 61701-1002
14580110    +TARGET NATIONAL BANK,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
14356616    +TNB Visa,   P.O. Box 673,   Minneapolis, MN 55440-0673
14356618    +Valentine & Kebartas, Inc.,   P.O> Box 325,   Lawrence, MA 01842-0625
14356620     WFNNB - Room Place,   PO Box 659705,   San Antonio, TX 78265-9705
```

The following entities were noticed by electronic transmission on Jun 07, 2010.
```
14356581    +E-mail/Text: roy.buchholz@allianceoneinc.com                       Alliance One,
             P.O. Box 211128,   Saint Paul, MN 55121-2528
14873301    +E-mail/PDF: rmscedi@recoverycorp.com Jun 08 2010 00:44:56
             Capital Recovery III LLC As Assignee of Sears - SE,   Care of Recovery Management Systems Corp,
             25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
14356596    +E-mail/Text: legalcollections@comed.com                      Commonwealth Edison,
             Attn: Bankruptcy Department,   2100 Swift Drive,   Oak Brook, IL 60523-1559
14734014     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 08 2010 00:36:56
             FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
             Oklahoma City, OK 73124-8809
14356601     E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2010 00:44:55     GE Money Bank,   PO Box 981064,
             El Paso, TX 79998-1064
14893184    +E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2010 00:44:54
             GE Money Bank dba SAM'S CLUB DISCOVER,   Care of Recovery Management Systems Corp,
             25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
14356604     E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2010 00:44:55     JC Penney,   P.O. Box 960090,
             Orlando, FL 32896-0090
14356609    +E-mail/Text: bankrup@nicor.com                      NiCor Gas,   POB 8350,
             Aurora, IL 60507-8577
14557097     E-mail/PDF: BNCEmails@blinellc.com Jun 08 2010 00:36:38     Roundup Funding, LLC,   MS 550,
             PO Box 91121,   Seattle, WA 98111-9221
14356613     E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2010 00:44:54     Sam's Club Discover,
             P.O. Box 960013,   Orlando, FL 32896-0013
14356617     Fax: 866-419-3894 Jun 08 2010 03:20:53     US Cellular,   PO Box 7835,   Madison, WI 53707-7835
14356619     E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2010 00:44:55     Wal Mart,   PO Box 530927,
             Atlanta, GA 30353-0927
                                                                                         TOTAL: 12
```

```
     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0752-3        User: jshores         Page 2 of 2           Date Rcvd: Jun 07, 2010
Case: 09-73579             Form ID: pdf006        Total Noticed: 52

aty*        +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
             Rockford, IL 61108-2579
                                                                          TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 09, 2010**                     **Signature:**  _Joseph Speetjens_