UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: AVITIA, ESTEBAN § Case No. 09-73579
   AVITIA, MARIA §
                §
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $154,351.74 | Assets Exempt: $39,300.00 |
| Total Distribution to Claimants: $8,852.40 | Claims Discharged Without Payment: $268,810.28 |
| Total Expenses of Administration: $3,650.01 | |

  3) Total gross receipts of $ 12,502.41 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $12,502.41 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $59,047.34 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,650.01 | 3,650.01 | 3,650.01 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 271,752.56 | 124,997.83 | 124,997.83 | 8,852.40 |
| **TOTAL DISBURSEMENTS** | $330,799.90 | $128,647.84 | $128,647.84 | $12,502.41 |

4) This case was originally filed under Chapter 7 on August 25, 2009.
. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/13/2010            By: /s/STEPHEN G. BALSLEY
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Preference paid to Maria Pena | 1241-000 | 12,500.00 |
| Interest Income | 1270-000 | 2.41 |
| **TOTAL GROSS RECEIPTS** | | **$12,502.41** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase | 4110-000 | 45,506.34 | N/A | N/A | 0.00 |
| Chase Home Finance LLC | 4110-000 | 13,541.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$59,047.34** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 2,000.01 | 2,000.01 | 2,000.01 |
| Barrick, Switzer Law Firm | 3110-000 | N/A | 1,650.00 | 1,650.00 | 1,650.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 3,650.01 | 3,650.01 | 3,650.01 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Roundup Funding, LLC | 7100-000 | 549.83 | 633.63 | 633.63 | 44.88 |
| Roundup Funding, LLC | 7100-000 | 1,581.00 | 1,418.49 | 1,418.49 | 100.47 |
| TARGET NATIONAL BANK | 7100-000 | 4,532.00 | 4,723.32 | 4,723.32 | 334.51 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | 19,207.00 | 20,309.85 | 20,309.85 | 1,438.35 |

**UST Form 101-7-TDR (9/1/2009)**

| Claimant | Code | Amount | Amount | Amount | Paid |
|---|---|---:|---:|---:|---:|
| Chase Bank USA, N.A. | 7100-000 | 9,676.17 | 9,676.17 | 9,676.17 | 685.27 |
| Chase Bank USA, N.A. | 7100-000 | 3,752.91 | 3,752.91 | 3,752.91 | 265.78 |
| Chase Bank USA, N.A. | 7100-000 | 6,964.11 | 6,964.11 | 6,964.11 | 493.20 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 9,323.00 | 10,366.63 | 10,366.63 | 734.17 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 4,995.95 | 5,523.72 | 5,523.72 | 391.19 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 1,089.84 | 1,449.89 | 1,449.89 | 102.68 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 29,653.11 | 32,397.18 | 32,397.18 | 2,294.38 |
| Capital Recovery III LLC As Assignee of Sears - SE | 7100-000 | 4,642.45 | 4,718.75 | 4,718.75 | 334.18 |
| GE Money Bank dba SAM'S CLUB DISCOVER | 7100-000 | 3,222.34 | 3,289.18 | 3,289.18 | 232.94 |
| Sallie Mae | 7100-000 | 19,898.00 | 19,774.00 | 19,774.00 | 1,400.40 |
| Commonwealth Edison | 7100-000 | 1,731.76 | N/A | N/A | 0.00 |
| HSBC | 7100-000 | 2,317.48 | N/A | N/A | 0.00 |
| Capital One Bank USA NA | 7100-000 | 1,182.00 | N/A | N/A | 0.00 |
| Capital One Bank | 7100-000 | 1,161.86 | N/A | N/A | 0.00 |
| HSBC | 7100-000 | 3,310.00 | N/A | N/A | 0.00 |
| Citi Cards | 7100-000 | 4,359.50 | N/A | N/A | 0.00 |
| HSBC | 7100-000 | 74.00 | N/A | N/A | 0.00 |
| State Farm Bank | 7100-000 | 14,124.00 | N/A | N/A | 0.00 |
| Wal Mart | 7100-000 | 3,721.23 | N/A | N/A | 0.00 |
| US Cellular | 7100-000 | 470.00 | N/A | N/A | 0.00 |
| Rosangela C. Lavagnolli DDS | 7100-000 | 600.50 | N/A | N/A | 0.00 |
| National Collegiate Trust American Education Services | 7100-000 | 128.24 | N/A | N/A | 0.00 |
| NiCor Gas | 7100-000 | 783.00 | N/A | N/A | 0.00 |
| HSBC Bank | 7100-000 | 621.00 | N/A | N/A | 0.00 |
| Jose Santiago c/o Attorney Peter A. Zneimer | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| JC Penney | 7100-000 | 1,436.00 | N/A | N/A | 0.00 |
| AT&T Bankruptcy Department | 7100-000 | 341.28 | N/A | N/A | 0.00 |
| AES Student Loan Servicing Center | 7100-000 | 13,896.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| AES Student Loan Servicing Center | 7100-000 | 11,502.00 | N/A | N/A | 0.00 |
| AES Student Loan Servicing Center | 7100-000 | 26,294.00 | N/A | N/A | 0.00 |
| AES Student Loan Servicing Center | 7100-000 | 14,611.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 271,752.56 | 124,997.83 | 124,997.83 | 8,852.40 |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-73579
**Case Name:** AVITIA, ESTEBAN
AVITIA, MARIA
**Period Ending:** 10/13/10

**Trustee:** (330410) STEPHEN G. BALSLEY
**Filed (f) or Converted (c):** 08/25/09 (f)
**§341(a) Meeting Date:** 10/01/09
**Claims Bar Date:** 01/07/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1705 S. Trainer Road Rockford, | 105,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on Person | 20.00 | 0.00 | DA | 0.00 | FA |
| 3 | Chase Checking Account | 31.74 | 0.00 | DA | 0.00 | FA |
| 4 | Normal Complement of Household Goods and Furnish | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Normal Wearing Apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | 1998 Chevrolet Sports Van | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 7 | 1996 Pontiac Grand Prix | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2004 Chevy Malibu | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Preference paid to Maria Pena (u) | 40,000.00 | 40,000.00 | DA | 12,500.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.41 | FA |
| 10 | Assets    Totals (Excluding unknown values) | $154,351.74 | $40,000.00 | | $12,502.41 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 1, 2010         **Current Projected Date Of Final Report (TFR):**    April 3, 2010 (Actual)

Printed: 10/13/2010 02:28 PM    V.12.52

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-73579 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | AVITIA, ESTEBAN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | AVITIA, MARIA | | Account: | ***-*****34-65 - Money Market Account |
| Taxpayer ID #: | **-***7339 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 10/13/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/22/10 | {9} | MARIA PENA | PAYMENT PURSUANT TO ORDER TO COMPROMISE A CONTROVERSY | 1241-000 | 12,500.00 | | 12,500.00 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 12,500.13 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.08 | | 12,500.21 |
| 04/06/10 | | Wire out to BNYM account 9200******3465 | Wire out to BNYM account 9200******3465 | 9999-000 | -12,500.21 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -12,500.21 | 0.00 | |
| | | | **Subtotal** | | 12,500.21 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$12,500.21** | **$0.00** | |

Page: 1

{} Asset reference(s)   Printed: 10/13/2010 02:28 PM    V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-73579 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | AVITIA, ESTEBAN | | Bank Name: | The Bank of New York Mellon |
| | AVITIA, MARIA | | Account: | 9200-******34-65 - Money Market Account |
| Taxpayer ID #: | **-***7339 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/13/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3465 | Wire in from JPMorgan Chase Bank, N.A. account ********3465 | 9999-000 | 12,500.21 | | 12,500.21 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.59 | | 12,500.80 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.75 | | 12,501.55 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.72 | | 12,502.27 |
| 07/07/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.14 | | 12,502.41 |
| 07/07/10 | | To Account #9200******3466 | Transfer to Closed Money Market Account | 9999-000 | | 12,502.41 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 12,502.41 | 12,502.41 | $0.00 |
| | | | Less: Bank Transfers | | 12,500.21 | 12,502.41 | |
| | | | **Subtotal** | | 2.20 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2.20** | **$0.00** | |

{} Asset reference(s)    Printed: 10/13/2010 02:28 PM    V.12.52

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-73579 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | AVITIA, ESTEBAN | | Bank Name: | The Bank of New York Mellon |
| | AVITIA, MARIA | | Account: | 9200-******34-66 - Checking Account |
| Taxpayer ID #: | **-***7339 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/13/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/07/10 | | From Account #9200******3465 | Transfer to Closed Money Market Account | 9999-000 | 12,502.41 | | 12,502.41 |
| 07/08/10 | 101 | Barrick, Switzer Law Firm | Dividend paid 100.00% on $1,650.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,650.00 | 10,852.41 |
| 07/08/10 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $2,000.01, Trustee Compensation; Reference: | 2100-000 | | 2,000.01 | 8,852.40 |
| 07/08/10 | 103 | Roundup Funding, LLC | Dividend paid 7.08% on $633.63; Claim# 1; Filed: $633.63; Reference: | 7100-000 | | 44.88 | 8,807.52 |
| 07/08/10 | 104 | Roundup Funding, LLC | Dividend paid 7.08% on $1,418.49; Claim# 2; Filed: $1,418.49; Reference: | 7100-000 | | 100.47 | 8,707.05 |
| 07/08/10 | 105 | TARGET NATIONAL BANK | Dividend paid 7.08% on $4,723.32; Claim# 3; Filed: $4,723.32; Reference: | 7100-000 | | 334.51 | 8,372.54 |
| 07/08/10 | 106 | PYOD LLC its successors and assigns as assignee of | Dividend paid 7.08% on $20,309.85; Claim# 4; Filed: $20,309.85; Reference: | 7100-000 | | 1,438.35 | 6,934.19 |
| 07/08/10 | 107 | Chase Bank USA, N.A. | Dividend paid 7.08% on $9,676.17; Claim# 5; Filed: $9,676.17; Reference: | 7100-000 | | 685.27 | 6,248.92 |
| 07/08/10 | 108 | Chase Bank USA, N.A. | Dividend paid 7.08% on $3,752.91; Claim# 6; Filed: $3,752.91; Reference: | 7100-000 | | 265.78 | 5,983.14 |
| 07/08/10 | 109 | Chase Bank USA, N.A. | Dividend paid 7.08% on $6,964.11; Claim# 7; Filed: $6,964.11; Reference: | 7100-000 | | 493.20 | 5,489.94 |
| 07/08/10 | 110 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 7.08% on $10,366.63; Claim# 8; Filed: $10,366.63; Reference: | 7100-000 | | 734.17 | 4,755.77 |
| 07/08/10 | 111 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 7.08% on $5,523.72; Claim# 9; Filed: $5,523.72; Reference: | 7100-000 | | 391.19 | 4,364.58 |
| 07/08/10 | 112 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 7.08% on $1,449.89; Claim# 10; Filed: $1,449.89; Reference: | 7100-000 | | 102.68 | 4,261.90 |
| 07/08/10 | 113 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 7.08% on $32,397.18; Claim# 11; Filed: $32,397.18; Reference: | 7100-000 | | 2,294.38 | 1,967.52 |
| 07/08/10 | 114 | Capital Recovery III LLC As Assignee of Sears - SE | Dividend paid 7.08% on $4,718.75; Claim# 12; Filed: $4,718.75; Reference: | 7100-000 | | 334.18 | 1,633.34 |
| 07/08/10 | 115 | GE Money Bank dba SAM'S CLUB DISCOVER | Dividend paid 7.08% on $3,289.18; Claim# 13; Filed: $3,289.18; Reference: | 7100-000 | | 232.94 | 1,400.40 |
| 07/08/10 | 116 | Sallie Mae | Dividend paid 7.08% on $19,774.00; Claim# 14; Filed: $19,774.00; Reference: | 7100-000 | | 1,400.40 | 0.00 |
| | | | ACCOUNT TOTALS | | 12,502.41 | 12,502.41 | $0.00 |
| | | | Less: Bank Transfers | | 12,502.41 | 0.00 | |
| | | | Subtotal | | 0.00 | 12,502.41 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $12,502.41 | |

{} Asset reference(s)   Printed: 10/13/2010 02:28 PM   V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 09-73579 | | Trustee: | STEPHEN G. BALSLEY (330410) |
| Case Name: | AVITIA, ESTEBAN | | Bank Name: | The Bank of New York Mellon |
| | AVITIA, MARIA | | Account: | 9200-******34-66 - Checking Account |
| Taxpayer ID #: | **-***7339 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 10/13/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****34-65 | 12,500.21 | 0.00 | 0.00 |
| MMA # 9200-******34-65 | 2.20 | 0.00 | 0.00 |
| Checking # 9200-******34-66 | 0.00 | 12,502.41 | 0.00 |
| | $12,502.41 | $12,502.41 | $0.00 |

{} Asset reference(s)

Printed: 10/13/2010 02:28 PM   V.12.52